UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

  -v-                                                                                                                         No. 13-CR-271-LTS

MYRON WILBERLY,

        Defendant.

-------------------------------------------------------x

## ORDER

The Court has received Defendant Myron Wilberly's letter dated April 19, 2021, reporting that, due to mailing and logistical delays in his facility, he has been unable to meet "the deadline of 4-14-2021 for me to send the medical records" to the Court.

In the Court's Order dated March 31, 2021 (docket entry no. 1095), the Court imposed an April 14, 2021, deadline on the Government to (1) file its response to Mr. Wilberly's pending motion for compassionate release, and (2) submit Mr. Wilberly's BOP medical records. The Government complied with that Order on April 14, 2021, submitting to the Court and mailing to Mr. Wilberly copies of the Government's response and Mr. Wilberly's BOP medical records.

In light of Mr. Wilberly's report of mailing delays at his facility, Mr. Wilberly's deadline to file a reply to the Government's response, if any, is extended from April 30, 2021, to **May 31, 2021**.

Chambers will mail a copy of this Order to Mr. Wilberly.

SO ORDERED.

Dated: New York, New York
      May 4, 2021

                                                     /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge

**Copy to be mailed to**:

Myron Wilberly
Reg. No. 69980-054
FCI McKean
Federal Correctional Institution
P.O. Box 8000
Bradford, PA 16701