UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

  -v-                                                     No. 13-CR-271-LTS

MYRON WILBERLY,

       Defendant.

-------------------------------------------------------x

## ORDER

The Court has received two letters from Defendant Myron Wilberly, dated May 17, 2021, and May 19, 2021, respectively, each filed in further support of Mr. Wilberly's pro se motion for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) (docket entry no. 1094). Because both letters attach Mr. Wilberly's sensitive medical records, the Court will file redacted versions of the letters on the public docket, and will file the complete, unredacted letters under seal.

Chambers will mail a copy of this Order to Mr. Wilberly.

SO ORDERED.

Dated: New York, New York
      May 27, 2021

                                           /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                         Chief United States District Judge

**Copy to be mailed to**:

Myron Wilberly
Reg. No. 69980-054
FCI McKean
Federal Correctional Institution
P.O. Box 8000
Bradford, PA 16701