UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                       No. 13-CR-271 (LTS)

MYRON WILBERLY,

       Defendant.

-------------------------------------------------------x

### Order

The Court has received a response to the Court's letter dated June 21, 2021 (docket entry no. 1136), from the Warden of Mr. Wilberly's Bureau of Prisons' facility. Because the Warden's letter references information drawn from the confidential presentence report in this case, the Court will file a redacted copy of the letter on the public docket. The unredacted letter will be filed under seal, and a copy will be provided to Mr. Wilberly's prior counsel of record. Chambers will mail copies of this Order, the Court's June 21, 2021, letter, and an unredacted copy of the Warden's response letter, to Mr. Wilberly.

     SO ORDERED.

Dated: New York, New York
       July 21, 2021

                                                         /s/ Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                                     Chief United States District Judge

**Copy mailed to:**

Myron Wilberly
Reg. No. 69980-054
FCI McKean
Federal Correctional Institution
P.O. Box 8000
Bradford, PA 16701